UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>    Plaintiff,<br><br>v.<br><br>EXECUTIVE HOTEL VINTAGE COURT, LLC,<br><br>    Defendant. | Case No. 18-cv-06248-JSC<br><br>**ORDER TO PLAINTIFF TO SHOW CAUSE**<br><br>Re: Dkt. Nos. 20, 21 |

On February 1, 2019, the parties advised the Court that they had reached a settlement with the expectation that a dismissal would be filed following the Court's ruling on a motion for attorney's fees. As of March 14, 2019, no motion for attorney's fees had been filed. Accordingly, on that date the Court ordered that on or before April 4, 2019, Plaintiff must file a dismissal or a motion for attorney's fees and costs. April 4, 2019 came and went without Plaintiff filing anything on the docket. The Court therefore orders Plaintiff to show cause why this action should not be dismissed with prejudice for a failure to prosecute and/or failure to comply with the Court's order. Plaintiff must respond in writing on or before May 22, 2019. Plaintiff is warned that failure to respond by the deadline may result in dismissal of his lawsuit with prejudice.

**IT IS SO ORDERED.**

Dated: May 7, 2019

JACQUELINE SCOTT CORLEY
United States Magistrate Judge